UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| United States of America, | : | |
| Plaintiff, | : | Case No. 3:05CV327 |
| vs. | : | |
| | | Judge Thomas M. Rose |
| United States Currency $12,640.00 | : | |
| Defendant. | : | |

**<u>ORDER GRANTING UNITED STATES' MOTION TO STAY PROCEEDINGS</u>**

This matter is before the Court upon the United States' Motion pursuant to 18 U.S.C. § 981(g) to stay the proceedings in this civil forfeiture action until the completion of a related criminal investigation and prosecution on the grounds that civil discovery would adversely affect the ability of the Government to conduct the related criminal investigation and prosecution.

The Court hereby finds that civil discovery would adversely affect the ability of the Government to conduct a related criminal investigation and prosecution. Consequently,  IT IS HEREBY ORDERED THAT:

The United States' Motion to Stay Proceedings is granted, and this case shall be stayed until further order of the Court.  Government is to provide the Court a status report on the above captioned matter every six months.

April 2, 2007                                                                **s/THOMAS M. ROSE**

                                                                                        _____
                                                                                        Thomas M. Rose
                                                                                        United States District Court Judge